FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 04 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

FREDDIE L. GRAVES

Criminal Information

No. 1:23-CR-157

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about December 30, 2020, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.R., am emergency department doctor, an officer and employee of the United States Department of Veterans Affairs, and a person designated in Title 18, United States Code, Section 1114 then engaged in his or her official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

## Count Two

On or about December 30, 2020, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.D., an emergency department nurse, an officer and employee of the United States Department of Veterans Affairs, and a person designated in Title 18, United States Code, Section 1114 then engaged in his or her official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

## Count Three

On or about October 10, 2022, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did use loud, abusive and improper language, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

## Count Four

On or about October 30, 2022, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did use loud, abusive and improper language, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

### Count Five

On or about February 15, 2023 in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did loiter unwarrantedly and sleep, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

### Count Six

On or about February 15, 2023, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did use loud, abusive and improper language, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

### Count Seven

On or about March 5, 2023 in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did loiter unwarrantedly, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

### Count Eight

On or about March 5, 2023, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did use loud, abusive and improper language, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

## Count Nine

On or about March 5, 2023, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Sergeant C., a uniformed police officer and an officer and employee of the United States Department of Veterans Affairs, and a person designated in Title 18, United States Code, Section 1114 then engaged in his or her official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

## Count Ten

On or about May 3, 2023 in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did loiter unwarrantedly, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

## Count Eleven

On or about May 3, 2023, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, while on property at the Veterans Affairs Medical Center in Decatur, Georgia, did use loud, abusive and improper language, all in violation of Title 38, Code of Federal Regulations, Section 1.218(a)(5).

### Count Twelve

On or about May 3, 2023, in the Northern District of Georgia, the defendant, FREDDIE GRAVES, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Lieutenant B., a uniformed police officer and an officer and employee of the United States Department of Veterans Affairs, and a person designated in Title 18, United States Code, Section 1114 then engaged in his or her official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

RYAN K. BUCHANAN
 *United States Attorney*

*Alana R. Black*

ALANA R. BLACK
 *Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181